No. 00–8691. IN RE SHERRILLS. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8.

No. 00–1032. CONNECTICUT EX REL. BLUMENTHAL, ATTORNEY GENERAL OF CONNECTICUT, ET AL. *v.* DEPARTMENT OF THE INTERIOR ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–1039. SPITALIERI *v.* UNIVERSAL MARITIME SERVICE CORP. ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–1056. SOUTHWEST MARINE, INC. *v.* PIRIE, ACTING SECRETARY OF THE NAVY. C. A. 9th Cir. Certiorari denied.

No. 00–1057. BEST *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–1188. MITCHELL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–1244. NADER ET AL. *v.* FEDERAL ELECTION COMMISSION. C. A. 1st Cir. Certiorari denied.

No. 00–1254. LOCAL LODGE 2552, INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, ET AL. *v.* PUSEY. Sup. Ct. Va. Certiorari denied.

No. 00–1273. SOUTH DAKOTA *v.* SDDS, INC. C. A. 8th Cir. Certiorari denied.

No. 00–1311. BOARD OF THE COUNTY COMMISSIONERS OF BRYAN COUNTY, OKLAHOMA *v.* BROWN. C. A. 5th Cir. Certiorari denied.

No. 00–1328. HERMAN *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.